AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF   NEVADA

LINWOOD E. TRACY, JR.,

      Plaintiff,               JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:08-cv-00270-ECR-VPC**

UNITED STATES OF AMERICA, et al.,

      Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m).


  March 25, 2009                                       **LANCE S. WILSON**
                                                                 Clerk


                                                                  /s/ P. McDonald
                                                                  Deputy Clerk